## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CATHERINE E. BAPTISTE **Plaintiff** | * | |
| v. | * | Civil No.: RWT-13-586 |
| BUDZIK & DYNIA, LLC **Defendant** | * | |
| | ****** | |

## ORDER OF DEFAULT

Upon consideration of Plaintiff's request for an Order of Default, it is, by the United States District Court for the District of Maryland,

ORDERED, that Plaintiff's request for an Order of Default as it relates to the Defendant Budzik & Dynia, LLC be, and the same is hereby, GRANTED; and it is

FURTHER ORDERED, that the Clerk shall issue a notice informing the Defendant that the order of Default has been entered and that Defendant Budzik & Dynia, LLC, may move to vacate this Order within thirty (30) days after this entry.

It is ordered this 17th day of October, 2013.

FELICIA C. CANNON, CLERK

By: _____/s/_____
Ella S. Peterson
Deputy Clerk

U.S. District Court (Rev. 1/2000) - Order of Default