IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| CATHERINE E. BAPTISTE ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 8:13-cv-00586- RWT |
| ) | |
| FIA CARD SERVICES, N.A., et al., ) | |
| Defendants ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO GATESTONE FORMERLY KNOWN AS COLLECTCORP**

Plaintiff Catherine Baptiste, by and through her undersigned counsel, and Gatestone (formerly known as Collectcorp Corporation), by and through undersigned counsel, hereby stipulate as to the dismissal with prejudice of the complaint as to Gatestone f/k/a Collectcorp Corporation pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

CHAIFETZ AND COYLE, PC

*/s/ Alon J. Nager*
Alon J. Nager (Bar No. 28551)
7164 Columbia Gateway Drive, Suite 205
Columbia, Maryland 21046
Tel: 443-546-4608
Fax: 443-546-4621
anager@chaifetzandcoyle.com
*Attorney for Plaintiff*

WHITEFORD, TAYLOR & PRESTON, LLP

*/s/ Erin O. Millar*
Erin O. Millar (Bar No. 28325)
7 St. Paul St.
Baltimore, MD 21202
Tel: 410-659-6424
emaillar@wtplaw.com
*Attorney for Defendant Gatestone f/k/a Collectcorp Corporation*

"APPROVED" THIS 20 DAY
of March, 2014

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE